UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ATTORNEY GENERAL MERRICK
GARLAND, in his official capacity,
UNITED STATES DEPARTMENT OF
JUSTICE, FBI DIRECTOR
CHRISTOPHER A. WRAY, in his official
capacity, FEDERAL BUREAU OF
INVESTIGATION,

                              Movants,

              -against-

PETER P. STRZOK

IN RE SUBPOENA SERVED ON
DONALD J. TRUMP
-------------------------------------------------------X

22-mc-20 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Today, I held a conference in this case. For the limited purpose of today's telephone conference, I grant counsel for Peter P. Strzok and counsel for Lisa Page permission to appear pro hac vice.

       In accordance with my comments made on the record during the conference, the Government's oral motion to transfer on consent the instant motion to quash the deposition subpoena direct to Donald J. Trump to the District of Columbia is hereby GRANTED pursuant to the Federal Rule of Civil Procedure 45(f) based on the counsels' representations on during the telephone conference.

SO ORDERED.

Dated: January 31, 2022
       New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge